UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| V. | § | 4:19-CV-00493-ALM-CAN |
| | § | |
| THE WILHELM LAW GROUP, LLC, | § | |
| JOHN J. WILHELM, SECURE ACCOUNT | § | |
| SERVICE, LLC, CONSUMER DEFENSE | § | |
| GROUP, LLC, JOHN/JANE DOES 1-5, | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING MOTIONS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

On the date subscribed below, the Court considered the motions of the Defendants, The Wilhelm Law Group, LLC, John J. Wilhelm, Secure Account Service, LLC, and Consumer Defense Group, LLC [Doc. 17] requesting the Court to dismiss the Plaintiff's Amended Complaint [Doc. 22] for failure to state a claim upon which relief can be granted, and after having considered the Motions, the Memorandum of Law in support of the Motions, and the affidavits of the Defendants, and the response of Plaintiff, the Court has determined that the Motions should be granted and it is therefore accordingly

ORDERED that the Amended Complaint is hereby dismissed with prejudice. This is a final judgment.