AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| Craig Cunningham | ) | Thomas Sizemore |
| | ) | 12-9-19  1:50pm |
| | ) | AJS |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 4:19-cv-00493-ALM-CAN |
| The Wilhelm Law Group, LLC | ) | **FILED** |
| | ) | DEC 1 2 2019 |
| *Defendant(s)* | ) | Clerk, U.S. District Court |
| | | Texas Eastern |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Thomas Sizemore 43436 Dixie Dr., Paisley, FL 32767 or 38051 State Road 19, Umatilla, FL 32784

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Craig Cunningham, Plaintiff, Pros-e, 615-348-1977, projectpalehorse@hushmail.com, 3000 Custer Road, ste 270-206, Plano, Tx 75075

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

David A. O'Toole

Date: __11/1/19__           *Signature of Clerk or Deputy Clerk*

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 4:19-CV-00493-ALM-CAN

Plaintiff:
Craig Cunningham

vs.

Defendant:
The Wilhelm Law Group, LLC

For:
Craig Cunningham
5543 Edmondson Pike, Suite 248
Nashville, TN 37211

Received by LEGAL EASE PROCESS SERVICE on the 5th day of November, 2019 at 3:04 pm to be served on Thomas Sizemore, 43436 Dixie Drive, Paisley, FL 32767.

I, Alfred Jerome Spencer, do hereby affirm that on the 9th day of December, 2019 at 1:50 pm, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the Summons in a Civil Action and Plaintiff's Amended Complaint and Jury Demand with the date and hour of service endorsed thereon by me, to: Thomas Sizemore at the address of: 6940 Stuart Avenue, Jacksonville, FL 32254, and informed said person of the contents therein, in compliance with state statutes.

I do hereby certify that I have no interest in the above styled action; that I am over the age of eighteen years; and that I am a Special Appointed Process Server in and for Broward County, Florida. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and the facts contained herein are true and correct to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

Alfred Jerome Spencer

LEGAL EASE PROCESS SERVICE
1856 N. Nob Hill Road
Suite #403
Plantation, FL 33322
(954) 667-3783

Our Job Serial Number: GLD-2019001317