UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS        FILED: **5/8/20**

U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

| | |
|---|---|
| **CRAIG CUNNINGHAM,** **Plaintiff,** v. The Wilhelm Law Group, LLC, John J Wilhelm, Secure Account Service, LLC, Consumer Defense Group, LLC John/Jane Does 1-5 **Defendant** | § § § § § § 4:19-cv-00493 § § § § § |

**Plaintiff's Notice of Settlement**

1. The Plaintiff has settled with the Wilhelm defendants (Secure Account Service, LLC, Wilhelm Law Group, John Wilhelm, and Consumer Defense Group) and is on the verge of settling with the United Financial Protection defendants (United Financial Protection, Thomas and Levon Sizemore).

2. The Plaintiff requests the court give the parties 30 days to finalize all settlements and report back to the court if the parties are unable to setttle the claims between them.

Craig Cunningham
Plaintiff,        5/8/2020

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS

| **CRAIG CUNNINGHAM,** **Plaintiff,** v. The Wilhelm Law Group, LLC, John J Wilhelm, Secure Account Service, LLC, Consumer Defense Group, LLC John/Jane Does 1-5 **Defendant** | § § § § § § 4:19-cv-00493 § § § § |
|---|---|

### Plaintiff's Certificate of Service

I hereby certify a true copy of the foregoing was mailed and emailed to the attorney of record for the Defendants on 5/8/2020

*Craig Cunningham*
Plaintiff,                    5/8/2020

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

Case 4:19-cv-00493-SDJ-CAN   Document 85   Filed 05/08/20   Page 3 of 3 PageID #:  1131