|  |  |  |
|---|---|---|
| UNITED STATES DISTRICT COURT | | FILED: **6/10/20** |
| EASTERN DISTRICT OF TEXAS | | U.S. DISTRICT COURT |
| SHERMAN DIVISION | | EASTERN DISTRICT COURT |
| | | DAVID A. O'TOOLE, CLERK |

CRAIG CUNNINGHAM, §
§
    Plaintiff §
§
V. §     4:19-CV-00493-ALM-CAN
§
THE WILHELM LAW GROUP, LLC, §
JOHN J. WILHELM, SECURE ACCOUNT §
SERVICE, LLC, CONSUMER DEFENSE §
GROUP, LLC, UNITED FINANCIAL §
PROTECTION, LLC, JOHN/JANE DOES 1-5, §
THOMAS SIZEMORE, AND LEVON §
SIZEMEORE §
§
    Defendants. §

<u>PLAINTIFF'S Motion to Dismiss with Prejudice</u>

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Craig Cunningham, Plaintiff, and hereby dismisses his Complaint, in so far as Plaintiff seeks recovery against The Wilhelm Law Group, LLC ("WLG"); John J. Wilhelm ("Wilhelm"); Secure Account Service, LLC ("Secure Account"); and Consumer Defense Group, LLC ("Consumer Defense") (collectively, the "Wilhelm Defendants"), pursuant to Fed. R. Civ. P. 41 (a)(1)(ii), based on the stipulation of Plaintiff and the Wilhelm Defendants. The dismissal is with prejudice.

    Respectfully submitted

    *Craig Cunningham*
    3000 Custer Road, Ste. 270-206
    Plano, Texas 75075
    615-348-1977, projectpalehorse@hushmail.com

CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing pleading was forwarded to and served upon all parties in interest, either by first class mail, postage prepaid, or by electronic means, as listed on the Court's ECF noticing system, on June 10, 2020.

*Craig Cunningham*

                                                3000 Custer Road, Ste. 270-206
                                                Plano, Texas 75075
                                                615-348-1977, projectpalehorse@hushmail.com