IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>      PLAINTIFF,<br><br>v.<br><br>THE WILHELM LAW GROUP, LLC, JOHN J. WILHELM, SECURE ACCOUNT SERVICE, LLC, CONSUMER DEFENSE GROUP, LLC, UNITED FINANCIAL PROTECTION, LLC, JOHN/JANE DOES 1-5, THOMAS SIZEMORE, AND LEVON SIZEMORE,<br><br>      DEFENDANTS. | 4:19-CV-00493-SDJ-CAN |

## ORDER GRANTING JOINT MOTION FOR JUDGMENT OF DISMISSAL

Based on the Stipulated Motion to Dismiss (the "Motion"), after reviewing pleadings and papers on file, being fully advised, and for good cause appearing, the Court hereby GRANTS the Motion. This matter, including all claims and counterclaims, asserted by or among Plaintiff Craig Cunningham ("Plaintiff") and Defendants United Financial Protection, LLC, Thomas Sizemore, and Levon Sizemore. ("Defendants"), is DISMISSED with prejudice. All costs of court incurred to date shall be borne by the party previously incurring the same. All relief not expressly granted herein is denied.

Signed this \_\_\_\_ day of _____, 2020.

                                                      Christine A. Nowak
                                                      UNITED STATES MAGISTRATE JUDGE