UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM | § § | |
| v. | § § | CIVIL CASE NO. 4:19-CV-493 |
| THE WILHLEM GROUP, LLC | § § § | |

## ORDER

This case was terminated on June 17, 2020, after Plaintiff Craig Cunningham filed his second "Motion to Dismiss." (Dkt. #94). Three months later, on September 24, 2020, Defendants United Financial Protection, LLC, Thomas Sizemore, and Levon Sizemore filed a "Proposed Agreed Judgment of Dismissal." (Dkt. #96). On October 6, 2020, United States Magistrate Judge Christine A. Nowak held a telephonic status conference wherein Defendants United Financial Protection, LLC, Thomas Sizemore, and Levon Sizemore requested leave of the Court to withdraw their "Proposed Agreed Judgment of Dismissal." The other parties were unopposed. Accordingly,

It is therefore **ORDERED** that Defendants United Financial Protection, LLC, Thomas Sizemore, and Levon Sizemore's "Proposed Agreed Judgment of Dismissal," (Dkt. #96), is hereby **WITHDRAWN**. This case shall remain closed.

**So ORDERED and SIGNED this 8th day of October, 2020.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE